**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NeuroGrafix; Neurography Institute Medical Associates, Inc.; and Image-Based Surgicenter Corporation,<br><br>     Plaintiffs,<br> v.<br><br>United States of America,<br><br>     Defendant. | No. 12-385 C<br><br>Judge Edward J. Damich |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

  **SO ORDERED:**

                     Hon. Edward J. Damich

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| s/ Vincent J. Colatriano<br>Vincent J. Colatriano<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C.  20036<br>(202) 220-9600<br>vcolatriano@cooperkirk.com<br><br>Of Counsel:<br><br>Marc A. Fenster<br>Alexander C.D. Giza<br>Andrew D. Weiss<br>Fredricka Ung<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474<br>mfenster@raklaw.com<br>agiza@raklaw.com<br>aweiss@raklaw.com<br>fung@raklaw.com<br><br>*Attorneys for Plaintiffs*<br>NeuroGrafix; Neurography Institute Medical Associates, Inc.; and Image-Based Surgicenter Corporation | STUART F. DELERY<br>Principal Deputy Assistant Attorney<br>General Civil Division<br><br>s/John Fargo<br>JOHN FARGO<br>Director, Intellectual Property Staff<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, D.C. 20530<br>Telephone:  (202) 514-7223<br>Facsimile:  (202) 307-0345<br>Email: john.fargo@usdoj.gov<br><br>Attorneys for the United States |

## CERTIFICATE OF SERVICE

I, Vincent J. Colatriano, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the date of filings.

Date: December 18, 2012                                     s/ Vincent J. Colatriano
                                                            Vincent J. Colatriano